CLARENCE J. LELAND v. THE TOWNSHIP OF BLAIR.

*Practice in Supreme Court—Writ of error—Dismissal—Failure to print record.*

A writ of error will not be dismissed for the failure of the appellant to print and serve the record, as required by Supreme Court Rule No. 59, where neither party has ever noticed the case for hearing.

Motion to dismiss a writ of error for want of prosecution. Argued May 31, 1893. Denied May 31, 1893.

Plaintiff sued out a writ of error on April 6, 1892, the bill of exceptions having been settled in February previous. The original record was filed in this Court on April 27, 1892, since which time plaintiff has done nothing towards prosecuting his appeal. Defendant moved to dismiss the writ for want of prosecution, basing its application upon Supreme Court Rule No. 59, which provides that the appellant shall serve upon the opposite party a printed copy of the record at least 25 days before the first day of the term for which the cause is or shall be noticed for hearing.

*Covell & Gilbert,* for motion.

*Pratt & Davis, contra.*

PER CURIAM. The motion to dismiss the writ in this case under Rule 59, for not printing record, is denied, it appearing that neither party has ever noticed the case for hearing.